**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 25CR773 |
| | ) | |
| Vs. | ) | |
| | ) | |
| LUIS URIBE, | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF MOTION

To: AUSA Jonathan Leighton Shih
United States Attorney's Office
219 S. Dearborn, 5th Floor
Chicago, IL 60604

**PLEASE TAKE NOTICE** that on the 24th day of August 2026, the undersigned cause to be filed with the Clerk of the District Court for the Northern District of Illinois, this Motion to dismiss the indictment with prejudice or, in the alternative, for disclosure of grand jury materials and an evidentiary hearing. This Motion is to be heard before Honorable Jorge L. Alonso on **August 26, 2026, at 2:30 p.m.**

The undersigned, an attorney, certifies that he caused copies of the foregoing pleading, along with this Notice of Filing, to be served on the person named above on August 24, 2026, by electronic filing.

*/s/ Michael F. Clancy*
Michael F. Clancy
Attorney for Defendant
53 W. Jackson Blvd
Suite 1401
Chicago, IL 60604
312-427-0288