**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **25 CR 773** |
| | ) | |
| | ) | **Hon. Jorge Alonso** |
| **LUIS URIBE** | ) | |

**DEFENDANT'S MOTION TO EXCEED PAGE LIMIT**

NOW COMES the defendant, Luis Uribe, by his attorney, Michael F. Clancy, and pursuant to Local Rule 7.1, moves to file a Motion to Dismiss Indictment that exceeds fifteen pages in length. In support thereof, the following is offered:

1. Counsel for Uribe has prepared a Motion to Dismiss Indictment that is just over twenty pages in length.
2. Counsel has tried to make the motion as succinct as possible, but more than fifteen pages are required to adequately address the issues being presented.

WHEREFORE, Uribe respectfully asks the Court to permit him to exceed the fifteen-page limitation for this filing.

Respectfully submitted,

s/ Michael F. Clancy

MICHAEL F. CLANCY
53 W. Jackson Blvd., Suite 1402
Chicago, IL 60604
(321) 427-0288